

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-16-00635-CV

Frank **GARZA**,
Appellant

v.

Kris Angel **FINN**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04020
Honorable Karen Crouch, Judge Presiding

# O R D E R

This is an appeal in an eviction matter. Appellee has filed a "Motion to Strike the Appeal for Jurisdiction and Nonpayment of Rent or in the Alternative to Allow the Writ of Possession to Issue." After review, we **DENY** appellee's motion.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court